United States District Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, Tennessee 37203

SCANNED
RECEIVED IN CLERK'S OFFICE
JUL 21 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

July 15, 2011

Re: James Brian Wright v. J&S Extradition, et al.
3:11-0464  Judge Haynes

Dear Court Clerk:

*[handwritten annotation: ORDER — The Clerk shall provide the Plaintiff with a copy of the docket sheet and a form pro se complaint 7-25-11]*

First and foremost, I need a printout of the docket sheet showing all the filings in the above case. Secondly, because of the USP Tucson Staff has lost my legal work during recent shakedowns, I need a complete copy of my "Amended Complaint" that was filed last month.

Thanks in advance for your assistance

Sincerely Yours,

James Brian Wright

(xc: Copy Clerk)