UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES BRIAN WRIGHT ]
    Plaintiff, ]
]
v. ] No. 3:11-0464
] JUDGE HAYNES
J & S EXTRADITION SERVICES LLC, ]
et al. ]
    Defendants. ]

O R D E R

The Court has before it Plaintiff's *pro se* Motion to Amend Complaint (Docket Entry No.15). Because it appears that the defendants have not yet been served with process, Plaintiff's Motion to Amend Complaint is hereby **GRANTED**. Rule 15(a)(1), Fed.R.Civ.P.

The Plaintiff has also filed a Motion to Waive Fee (Docket Entry No.18), asking the Court to provide him with a free copy of his amended complaint. For good cause shown, Plaintiff's Motion to Waive Fee is **GRANTED.** The Clerk is directed to send the Plaintiff a copy of his amended complaint (Docket Entry No.15) at no cost.

The U.S. Marshal has been unable to serve process on the defendants at the addresses originally provided by the Plaintiff. He has since filed Motions (Docket Entry Nos.23 and 24) asking the Court to serve the defendants at newly provided addresses.

Plaintiff's Motion to Issue Summons are **GRANTED**. The U.S. Marshal shall attempt to serve the defendants at the addresses provided by the Plaintiff in his Motions to Issue Summons.

It is so **ORDERED**.

**ENTERED** this the 23rd day of August, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge