James Brian Wright

Reg. No. 05449-010

P.O. Box 24550

Tucson, Arizona 85734-4550
RECEIVED
IN CLERK'S OFFICE
JUN - 9 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

ORDER:
Motion denied as moot.

*s/ John S. Bryant*

U.S. Magistrate Judge

| | |
|---|---|
| JAMES BRIAN WRIGHT, ] | |
| Plaintiff, ] | |
| vs. ] | Case No.: 3:11cv464 |
| J&S EXTRADITION SERVICES, And;] | MOTION TO SERVE |
| SAM WRIGHT, et al. ] | SERVICE OF PROCESS |
| Defendants. ] | UPON REGISTERED AGENT |
| ------------------------------] | OF CORPORATION |

    Plaintiff, James Brian Wright, pursuant to Federal Rules of Civil Procedure 4, moves this this court to order service of process upon the registered agent of J&S Extradition Services, LLC. For his motion, the plaintiff states:

    1) The plaintiff is a federal united states inmate housed at USP Tucson in Tucson, Arizona.

    2) The plaintiff has attempted to serve the defendant's, however the United States Marshal Services were unable to serve the defendant's at the address provided.