\*\*\*  
Attorney for Plaintiff  
James Brian Wright, Reg. No. 05449-010  
P.O. Box 24550 USP Tucson  
Tucson, Arizona 85734-4550  
PRO SE

RECEIVED  
IN CLERK'S OFFICE  
AUG 29 2011  
U.S. DISTRICT COURT  
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, DIVISION

\* \* \*

| | |
|---|---|
| James Brian Wright, Plaintiff, vs. J&S Extradition Services, LLC. et al. Defendant(s). | ) ) ) Case No.: 3:11-cv-00464 ) Judge Haynes ) (Fed. R. Civ. P. 26) |

ORDER:
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

## EX PARTE MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY

### \* RELIEF SOUGHT \*

Mr. James Brian Wright seeks leave of the court to conduct an Expedited Discovery in this case, for the Purposes of identifying John Doe Defendants, location of those defendants; location of Sam Wright where Service of Process may issue Pursuant to Fed. R. Civ. P. 4. And, for the Preservation and Production for Evidence in case for use for trial.

### \* GROUND FOR RELIEF \*

The grounds for seeking expedited discovery are that:

1. This case involves multiple unidentified John Doe defendants, and defendant, Sam Wright, that of which can not be Properly served Pursuant to Federal Rules of Civil Procedure (4), Without first having the identity of all John Doe defendants, their location, as well as the location of Sam Wright to serve process.

2. The main Defendant, J&S Extradition Services, LLC. has closed it's company that was located at 132 Saint Andrews Dr. in Murfreesboro, Tennessee 37128. Evidence supporting the Plaintiff claims currently before this Court could be lost, destroyed or damaged. If this evidence is not obtained immediately, it will be most impossible to obtain at a later time. This discovery is necessary to protect the Plaintiff's interests not only against the defendants, but also with respect to third Party's.