\*\*\*
Attorney for Plaintiff
James Brian Wright, Reg. No. 05449-010
P.O. Box 24550 USP Tucson
Tucson, Arizona 85734-4550
PRO-SE

RECEIVED
IN CLERK'S OFFICE
AUG 29 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, DIVISION
\* \* \*

ORDER:
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

James Brian Wright, )
Plaintiff, )
vs. ) Case No.: 3:11-cv-00464
J&S Extradition Services, LLC. et al. ) Judge Haynes
Defendant(s). ) (Fed. R. Civ. P. 26)

EX PARTE MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY

\* RELIEF SOUGHT \*

Mr. James Brian Wright seeks leave of the court to conduct an Expedited Discovery in this case, for the purposes of identifying John Doe Defendants, location of those defendants; location of Sam Wright where Service of Process may issue pursuant to Fed. R. Civ. P. 4. And, for the Preservation and Production for Evidence in case for use for trial.

\* GROUND FOR RELIEF \*

The grounds for seeking expedited discovery are that:

1. This case involves multiple unidentified John Doe defendants, and defendant, Sam Wright, that of which can not be properly served pursuant to Federal Rules of Civil Procedure (4), without first having the identity of all John Doe defendants, their location, as well as the Location of Sam Wright to serve Process.

2. The main Defendant, J&S Extradition Services, LLC. has closed it's company that was located at 132 Saint Andrews Dr. in Murfreesboro, Tennessee 37128. Evidence supporting the Plaintiff claims currently before this Court could be lost, destroyed or damaged. If this evidence is not obtained immediately, it will be most impossible to obtain at a later time. This discovery is necessary to Protect the Plaintiff's interests not only against the defendants, but also with respect to third party's.

(1)