xxx
Plaintiff Attorney (Pro-se)
James Brian Wright, Reg. No. 05449-010
USP Tucson • P.O. Box 24550
Tucson, AZ. 85734-4550

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

James Brian Wright, )
Plaintiff (Pro-Se), )
v. ) Case No.: 3:11-CV-00464
J&S Extradition Services, LLC. et al. ) Judge Haynes
Defendant(s) ) Motion For Subpoena Duces Tecum
) (Fed. R. Civ. P. 45)

*ORDER*
This motion is DENIED without prejudice to any document requests to a [party?]. See Johnson v Hubbard 698 F.2d 286, 289 n.2 (6th Cir 1983).
[signature]
9-9-11

\* RELIEF SOUGHT \*

Mr. James Brian Wright, Pro-se Plaintiff herein, respectfully moves this Honorable Court to Order the issuance of Subpoena Duces Tecum pursuant to Federal Rules of Civil Procedure, Rule 45, to the foregoing reasons and the Stated Parties:

\* GROUNDS FOR SUBPOENA \*

The grounds for seeking issuance of Subpoena are:

1. Defendant J&S Extradition Services, LLC. has closed it's buisness and signed over the business to Mr. Michael Plung.

2. Defendant J&S is in the process of removing all Property, Saling assets and disolving the company all together.

3. Defendant J&S could potentially destroy evidence that could potentially jeopardize the evidence and case of the Plaintiff's, such as:
    A) Food Reciepts, Medical reciepts, logs, fuel reciepts and video from the transport of Mr. James Brian Wright.

4. Defendant J&S Extradition Services, LLC. possesses log books, papers, video/audio tapes, fliers, receipts and other documents that if lost, damaged or destroyed could jeopardize the Plaintiff's Civil case with no further redress.

5. Defendant Sam Broughton Wright, Jr. is a defendant in this case. His location has not been determined, but, J&S Extradition Services, LLC, possesses such information.